UNITED STATES of America, Plaintiff—Appellee,

v.

James Russell BRADBURY, Defendant—Appellant.

No. 05–30121.

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2006.*

Decided June 16, 2006.

Janet L. Freeman, Esq., USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff—Appellee.

David B. Koch, Esq., Nielsen Broman & Koch, PLLC, Seattle, WA, for Defendant—Appellant.

Before: FERNANDEZ, KLEINFELD, and BERZON, Circuit Judges.

MEMORANDUM **

James Russell Bradbury appeals from the district court's judgment and 120–month sentence imposed following his guilty-plea conviction for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256, and making false statements, in violation of 18 U.S.C. § 1001.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bradbury's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Bradbury did not file a *pro se* brief and the Government did not file an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.